UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

FOUNDER COLLECTIVE GP II, LLC,

                Movant,

v.

COSTAR GROUP, INC. and COSTAR REALTY INFORMATION, INC.,

                Respondent.

Case No.

---

## MOTION TO QUASH
## THIRD-PARTY SUBPOENA ISSUED BY COSTAR GROUP, INC. AND COSTAR REALTY INFORMATION, INC.

Pursuant to Rule 45(d) of the Federal Rules of Civil Procedure, Founder Collective GP II, LLC ("Founder Collective") moves the Court for an order quashing the third-party subpoena issued by Respondent CoStar Group, Inc. and CoStar Realty Information, Inc. ("CoStar") on May 30, 2023.[1]

---

[1] CoStar has agreed that this Motion to Quash is suitable for transfer to the United States District Court for the Central District of California under Fed. R. Civ. P. 45(f), to be heard by the Special Master (Hon. Suzanne H. Segal) assigned to hear discovery matters in the underlying litigation, *CoStar Group, Inc. v. Commercial Real Estate Exchange, Inc.*, No. 20-cv-008819 (C.D. Cal.). Accordingly, Founder Collective expects that the parties will in short order file a stipulation to transfer this matter to the Central District of California.

Dated: July 21, 2023	Respectfully submitted,

/s/ David H. Rich
David H. Rich (BBO #634275)
Todd & Weld LLP
1 Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
drich@toddweld.com

Patrick Hein (California SBN 254431)
*Pro Hac Vice To Be Submitted*
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Telephone:  415.616.1100
patrick.hein@shearman.com